## BONDED PROMISSORY NOTE
#wrf-0001

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 MAY 29  A 11: 42

**To the Order of:** Henry M. Paulsen, Jr., dba the Secretary of the U.S Treasury and Clerk of the Court, United States District Court, Newark, New Jersey

**In the Amount of:** Twenty Million ($20,000,000.00) in U.S Dollars

**For:** WILLIAM RAYMOND FINCK JR. for Judgment & Commitment Order, Case #Cr 94-80-04 dated October 24, A.D. 1996
via
**Account:** Private Offset Bond RA537115566 U.S to Henry M. Paulsen, Jr. the Secretary of the US Treasury.

This negotiable instrument, tendered by William Raymond Finck Jr., hereinafter "Maker", in good faith, and in accord with Law, shall evidence as a debt to the Payee as follows:

   Payee shall, upon receipt of this instrument, charge **Clerk of the Court**, Judgment & Commitment Order - case #CR 94-80-04 dated October 24, AD1996, via pass through account WILLIAM RAYMOND FINCK JR. 139661863 (Certificate of Live Birth #2188425) for the purpose of terminating any past, present, or future liabilities express or implied attached to Judgment & Commitment Order - **CASE #Cr 94-80-04** dated October 24, A.D1996,
and
   Payee shall ledger this BONDED PROMISSORY NOTE for a period of one (1) year starting beginning of business on 23 May, AD 2007 until close of business 30 May, AD2008, not to exceed three-hundred sixty-five (365) days, at an interest rate of seven (7%) percent per annum, and
   Upon maturity, this BONDED PROMISSORY NOTE shall be due and payable in full with interest and any associated fees – payment shall be ledgered against the bond, PRIVATE BOND FOR SET OFF- NON NEGOTIABLE, Tracking No. RA537115566 U.S as secured by Henry M. Paulsen, Jr., the Secretary of the US Treasury.

May 23, 2007
date

William Raymond Finck Jr.
authorized representative

***

William Raymond Finck Jr.
c/o 94-1/2 N. Holcomb
Clarkston, Michigan
Non-domestic without US

Henry M. Paulsen Jr.
Department of the Treasury
1500 Pennsylvania Ave NW
Washington, DC  20220

Clerk of the Court
United States District Court
50 Walnut Street
Newark, N.J. 07101

## Verified Memorandum of Tender of Payment

| | |
|---|---|
| Date of Memorandum: | 23 May, AD2007 |
| Memorandum by: | William Raymond Finck Jr. acting as agent for WILLIAM RAYMOND FINCK JR.<br>c/o 94-1/2 N. Holcomb, Clarkston, Michigan<br>All rights in commerce are explicitly under reserve and without recourse. |
| Memorandum for: | Clerk of the Court, UNITED STATES DISTRICT COURT<br>50 Walnut Street, Newark, New Jersey 07101<br>via Certified Mail #7006 0810 0005 2825 4154 |
| Reference: | Judgment & Commitment Order - case #CR 94-80-04 issued on October 24, AD1996 reference number 10-24-96 |

Pursuant to Judgment & Commitment Order - case #Cr 94-80-04 accepted for value on February 7, 2007, instructing WILLIAM RAYMOND FINCK JR. to pay a debt of $20,000,000.00 to the Clerk of the Court, and in accord with current Public Policy at House Joint Resolution 192 passed by the 73rd Congress of the United States, 1st session on June 5, 1933 at 4:40 P.M., hereinafter referred to as "HJR 192", with said resolution having never been repealed and still being in full force and effect, and in accord with both the Uniform Commercial Code and the Michigan Code Annotated concerning the discharge of debts, William Raymond Finck Jr. acting in good faith, with clean hands and at arm's length, is hereby and herein tendering payment of a debt in the amount of $20,000,000.00 in full compliance and full satisfaction of said Case, accepted for value on February 7, AD2007, directing WILLIAM RAYMOND FINCK JR. to pay a public debt on a pre-paid item.

In as much as no lawful money of account exists in circulation, and pursuant to current Public Policy at HJR 192, William Raymond Finck Jr. has no money with which to pay a debt, he has had to resort to tendering a negotiable instrument, pursuant to the Uniform Commercial Code at Article 3, Part 6, Section 3-603, and the appropriate UCA section in order to be in compliance with the case, and the remedy available through the prepaid pool.

As you will note, pursuant to the UCC Article 3, Part 1, Section 3-104 and the UCA, the attached promissory note is a negotiable instrument and clearly satisfies the requirements of set off of the case demanding public fees, which was accepted on February 7, A.D2007, instructing WILLIAM RAYMOND FINCK JR. to pay a debt. Said promissory note is being tendered in good faith, with clean hands and at arm's length, and is not a dishonor of said Judgment & Commitment Order - case #CR 94-80-04.

Please return receipt of tender to the above address.

Verification: I, William Raymond Finck Jr., upon my own unlimited commercial liability do affirm and say that I have read the above document and do know the contents to be true, correct, and complete, and not misleading, the truth, the whole truth, and nothing by the truth.

*William Raymond Finck Jr.*                                                                                                May 23, 2007
William Raymond Finck Jr., authorized representative for WILLIAM RAYMOND FINCK JR.           date

Attachment: Negotiable instrument in the form of a promissory note, numbered wrf0001, signed in blue ink, dated 23 May AD2007, in the amount of $20,000,000.00, payable to Clerk of the Court, UNITED STATES DISTRICT COURT, NEWARK, N.J., being due and payable on or after May 30, AD2007,

Respectfully served,
William Raymond Finck Jr.

By: *William Raymond Finck Jr.*
William Raymond Finck Jr. authorized representative for WILLIAM RAYMOND FINCK JR.