# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730



William T. Walsh
Clerk

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO:  NEWARK

DATE:    April 24, 2009

James M. Hanley Federal Bldg,
7th Floor
100 South Clinton Street
Syracuse, NY 13261-7367

**Re: U.S.A. -v- William Finck**
**Our Docket No. 94-cr-80**
**Your Docket No. 09-cr-199**

Dear Clerk:

    A Transfer of Jurisdiction Order (Prob 22 form) has been filed with this District in the above-captioned case.  This District considers the electronic record to be the original pursuant to Federal Rules of Criminal Procedure 49(d), Local Civil Rule 5.2 and paragraph 7 of the Court's Electronic Case Filing Policies and Procedures.  The original records of this Court can be obtained by accessing CM/ECF through PACER.  Certified copies of any document not available through PACER are enclosed .  Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

        Sincerely,

        WILLIAM T. WALSH, Clerk


        By: _____
          Nativelis Rodriguez,  Deputy Clerk


**RECEIPT ACKNOWLEDGED BY: _____**
**DATE: _____.**

DNJ-Crim-003(Rev. 09/06)

**Instructions for Retrieving Electronic Case Files**

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:   <u>Link to Electronic Filing System (Live)</u>

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

- Reports
- Docket Sheet
- Enter Case Number in the following format: **<u>[06-1234]</u>**
- Run Report

    ▸ To view a document from the docket sheet, click on the blue "underlined" document number;

    ▸ To download, click on File, Save a Copy and save to your specific directory;

    ▸ If the document does not have an underlined document number, it is either:

        - A text only entry and no document is attached, or
        - An entry made prior to electronic case filing and the original is enclosed, or
        - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

    ▸ Camden - 866-726-0726 or 856-757-5285
    ▸ Newark - 866-208-1405 or 973-645-5924
    ▸ Trenton - 866-848-6059 or 609-989-2004

Case 2:94-cr-00080-JCL   Document 4   Filed 04/24/09   Page 3 of 3 PageID: 7